# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-3084

———————————————

JEFFREY SCOTT LINTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

April 20, 2018

PER CURIAM.

We affirm the appellant's judgment and sentence, but remand for correction of a scrivener's error contained in the written judgment and sentence. *See Diaz v. State*, 910 So. 2d 894 (Fla. 1st DCA 2005) (remanding for correction of scrivener's error in the judgment). The written judgment incorrectly lists the appellant's conviction for aggravated child abuse as a first-degree felony punishable by life, instead of a first-degree felony. *See* § 827.03(2)(a), Fla. Stat. (2015).

AFFIRMED and REMANDED with instructions.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Jeffrey Scott Linton, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.